UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81870-BER

BESY ESPINO,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**
**[ECF No. 39]**

Ms. Espino asks the Court to rule as a matter of law that the United States is the sole cause of the automobile accident at issue in this case. There are disputed issues of material fact that, viewed in the light most favorable to the United States, could lead a reasonable fact finder to conclude that Ms. Espino caused the accident in whole or in part. For example, Ms. Espino testified that she did not try to brake when she first saw the Postal Service vehicle. Instead, she accelerated and tried to go around the front of the vehicle. ECF No. 45-3 at 37-38. She did not honk her horn. *Id*. Although Ms. Espino argues that the accident happened so quickly that she could not prevent it, a reasonable finder of fact could reject that argument based, in part, on witness credibility.

WHEREFORE, Plaintiff's motion for partial summary judgment is DENIED.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 3rd day of May 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE